IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF EDITH SMITH,** | : | CIVIL ACTION NO. 4:17-CV-2279 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **AETNA LIFE INSURANCE COMPANY,** | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 2nd day of January, 2018, upon consideration of Plaintiff and Defendant's Stipulation (Doc. 7) to Strike the Default Judgment and Dismiss the Case, it is hereby ORDERED as follows:

1. The Judgment entered by Magisterial District Court at MJ-04302-cv-66- 2017 on August 30, 2017, and which was removed to this Court is hereby STRICKEN.

2. This action is hereby DISMISSED with prejudice and without costs to either party.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania